**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

UNITED STATES OF AMERICA, *ex rel.* VERITY INVESTIGATIONS, LLC

Plaintiff-Relator,

v.

CARTEN-FUJIKIN, INC.

Defendant.

Civil Action No. 25-1206-CFC

**[PROPOSED] ORDER**

The United States of America having intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(A), it is hereby ORDERED that:

1. The Complaint, this Order, and the United States' Notice of Intervention shall be unsealed;
2. All other contents of the Court's file in this action shall remain under seal and not be made public;
3. The seal shall be lifted on all matters occurring in this case after the date of this Order; and
4. The United States shall provide a copy of this Order to all parties.

IT IS SO ORDERED, this 22nd day of October, 2026.

[signature]

Honorable Colm F. Connolly
Chief United States District Judge